**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| FRANCINE WILLIAMS on Behalf of LESTER WILLIAMS, a minor, Plaintiff, <br> v. <br> UNKNOWN POLICE OFFICERS and the CITY OF CHICAGO, Defendants. | **FILED: JULY 2, 2008** <br> **08CV3802** <br> **JUDGE KOCORAS** <br> **MAGISTRATE JUDGE MASON** <br> **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FRANCINE WILLIAMS on Behalf of LESTER WILLIAMS, a minor, Plaintiff.

| |
|---|
| NAME (Type or print) <br> Elliot Richardson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Elliot Richardson |
| FIRM <br> HORWITZ, RICHARDSON & BAKER, LLC |
| STREET ADDRESS <br> 20 S. Clark St., Suite 500, Chicago, Illinois 60603 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256982 | TELEPHONE NUMBER <br> (312) 676-2100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐