## United States District Court for the Northern District of Illinois

Case Number: 08CV3802  Assigned/Issued By: DAJ

Judge Name: KOCORAS  Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 2907234

Date Payment Rec'd: 07/02/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets   (Victim, Against and $ Amount)
[ ] Writ _____
      (Type of Writ)

1  Original and  0  copies on  07/02/08  as to  CITY OF CHICAGO
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05