U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 3802

FRANCINE WILLIAMS on behalf of LESTER WILLIAMS
v.
UNKNOWN POLICE OFFICERS, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO

| |
|---|
| NAME (Type or print)<br>Daniel M. Noland |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel M. Noland |
| FIRM<br>Dykema Gossett PLLC |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6231175 | (312) 876-1700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Sean M. Baker
Erica Faaborg
Abbas Merchant
Elliott S. Richardson
Rachelle M. Sorg
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                                              s/ Daniel M. Noland
                                              Daniel M. Noland